1

2

3

4

5

6

7

8

9

10          IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   **PHALLON LEON HARRIS,**                    CIV S-07-0212- RRB DAD P

14                              Petitioner,      **ORDER**

15          **v.**

16   **MICHAEL KNOWELS,**

17                              Respondent.

18

19          Respondent has requested a thirty-day extension of time in which to file a response to

20   Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondent is granted

21   an extension of time to and including December 14, 2007, in which to file a response to the petition

22   for writ of habeas corpus filed by Petitioner.

23   DATED: November 14, 2007.

24

25   _____

26   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

27   DAD:4
     harr0212.111

28