IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHALLON LEON HARRIS,

    Petitioner,               No. CIV S-07-0212 RRB DAD P

    vs.

MICHAEL KNOWELS,

    Respondent.             <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file an opposition to the respondent's December 14, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 18, 2008 application for an extension of time is granted; and

    2. Petitioner shall file an opposition to the respondent's motion to dismiss within fifteen days from the date of service of this order.

DATED: January 24, 2008.

<i>Dale A. Drozd</i>
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/bb/4
harr0212.111opp