IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHALLON LEON HARRIS,** | CIV S-07-0212- RRB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **MICHAEL KNOWELS,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's opposition to motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including March 15, 2008, in which to file a response to Petitioner's opposition to motion to dismiss.

DATED: February 14, 2008.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
harr0212.111reply