IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHALLON LEON HARRIS,

        Petitioner,                    No. CIV S-07-0212 JAM DAD P

    vs.

ANTHONY HEDGPETH,

        Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 30, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 30, 2008, are adopted in full;

2. Respondent's December 14, 2007 motion to dismiss (Doc. No. 16) on the grounds that the petition is time-barred, is granted;

3. Petitioner's January 25, 2008 motion for an evidentiary hearing (Doc. No. 20) is denied; and

4. This action is dismissed with prejudice.

DATED: 9/30/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/harr0212.805hc