IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHALLON LEON HARRIS,

    Petitioner,           No. CIV S-07-0212 JAM DAD P

    vs.

ANTHONY HEDGPETH,

    Respondent.         <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding pro se. On October 2, 2008, the court granted respondent's motion to dismiss on the grounds that petitioner's habeas petition was time-barred and the action was dismissed with prejudice. Petitioner has filed an appeal which has been processed and forwarded to the U.S. Court of Appeals for the Ninth Circuit.

    On January 7, 2009, petitioner filed a letter directed to the Clerk of the Court requesting that he be provided with conformed copies of certain documents that would comprise his excerpt of the record on appeal. Under Ninth Circuit Rule 30-1.2, appellants and appellees proceeding without counsel are not required to file excerpts, supplemental excerpts and further excerpts of record described in that rule. Petitioner is also advised that pursuant to Rule 10 of the Federal Rules of Appellate Procedure, all of the original papers and exhibits filed with the court

/////

in this case constitute the record on appeal. The record has been transmitted to the Ninth Circuit Court of Appeals. Therefore, petitioner's request will be denied.

On January 12, 2009, petitioner requested that the court's docket be corrected to reflect that petitioner filed a declaration in support of his motion for an evidentiary hearing. On January 25, 2008, petitioner filed a motion for an evidentiary hearing (Docket No. 20). Petitioner's declaration was filed with the motion for evidentiary hearing and is included at docket entry number 20. Therefore, plaintiff's request will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's January 7, 2009 request for conformed documents which will comprise the excerpt of record (Docket No. 36) is denied; and

2. Petitioner's January 12, 2009 request for correction of the docket (Docket No. 37) is denied.

DATED: January 26, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
harr0212.rec